**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-14-0001392**
**13-NOV-2015**
**09:26 AM**

NO. CAAP-14-0001392

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DEAN I. ONISHI and CHERYL ONISHI,
Plaintiffs-Appellees,
v.
HAWAIIAN INSURANCE AND GUARANTY COMPANY, LTD.,
Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 13-1-0809-03 (RAN))

ORDER APPROVING STIPULATION FOR
DISMISSAL WITH PREJUDICE OF APPEAL
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of the Stipulation for Dismissal With Prejudice of Appeal (Stipulation for Dismissal) filed on November 4, 2015 by the parties hereto,[1] pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b) and in consideration of the record and files in this case, it is hereby ordered that the Stipulation for Dismissal is approved and this appeal is dismissed with

---

[1] Counsel are reminded that a 3 inch margin is needed at the top of filed documents so that the file-stamp is not obscured. See Hawai'i Rules of Appellate Procedure Rule 32(a).

prejudice, each party to bear their own interest, attorneys' fees and costs.

DATED: Honolulu, Hawai'i, November 13, 2015.

_____
Presiding Judge

_____
Associate Judge

_____
Associate Judge

2